UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/09

NITZA KEANE,

                          Plaintiff,

-v-

FRANK M. KEANE,

                          Defendant.

No. 08 Civ. 10375 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    This action has been reassigned to my docket. Accordingly,

    IT IS HEREBY ORDERED that, no later than Monday, August 24, 2009, the parties shall *each* submit a letter, not to exceed five (5) pages, providing, in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this court;

(3) A brief description of all outstanding motions and/or outstanding requests to file motions;

(4) A list of all existing deadlines and any upcoming conferences that were previously scheduled;

(5) A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations;

(6) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(7) The estimated length of trial;

(8) Any other information that you believe may assist this Court in resolving this action.

All letters submitted to the Court pursuant to this Order should be sent directly to chambers at sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:   August 7, 2009
         New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES DISTRICT JUDGE

2

<u>Copies mailed to:</u>

Nitza Keane
105 Holland Avenue
White Plains, NY 10603